Henrietta RANDLE, Plaintiff-Appellant,

v.

CONTINENTAL CASUALTY CO.,
Defendant-Appellee.

No. 78–1982

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 17, 1978.

Thomas Morris, Cleveland, Miss., for plaintiff-appellant.

Luckett, Luckett, Luckett & Thompson, Kay F. Luckett, Clarksdale, Miss., for defendant-appellee.

Before THORNBERRY, GODBOLD and RUBIN, Circuit Judges.

PER CURIAM:

AFFIRMED on the opinion of the district court, 458 F.Supp. 7 (N.D.Miss., 1978).

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.